IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.: 3:15-CR-299-M (01) |
| | § | |
| LUIS ALBERTO SANCHEZ, | § | |
| Defendant. | § | |

ORDER DEFERRING ACCEPTANCE
OF BOTH THE PLEA, AND THE PLEA AGREEMENT,
UNTIL SENTENCING

The Court has reviewed the relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty, of the United States Magistrate Judge, entered January 27, 2016.

No objections thereto having been filed within fourteen (14) days of service in accordance with 28 U.S.C. § 636(b)(1), the Court defers acceptance of both the plea and the plea agreement until the date the defendant is set for sentencing.

The Court accepts the January 27, 2016 Findings of the United States Magistrate Judge that the defendant should remain in custody.

SO ORDERED.

DATED: February 19, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS